UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: KRUG, JAMES G | § | Case No. 10-76278 |
| KRUG, VIDA K | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  United States Bankruptcy Court
  211 South Court Street
  Rockford, IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/31/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 07/14/2011     By: /s/JAMES E. STEVENS
                                                              Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KRUG, JAMES G § Case No. 10-76278
KRUG, VIDA K §
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 12,271.69 |
| *and approved disbursements of* | $ 10.36 |
| *leaving a balance on hand of* [1] | $ 12,261.33 |
| **Balance on hand:** | $ 12,261.33 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 12,261.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,977.17 | 0.00 | 1,977.17 |
| Attorney for Trustee, Fees - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA LLP | 572.00 | 0.00 | 572.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,549.17 |
| Remaining balance: | $ 9,712.16 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 9,712.16 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 9,712.16 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,904.25 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 11,120.64 | 0.00 | 1,614.33 |
| 2 | American InfoSource LP as agent for | 18,677.99 | 0.00 | 2,711.39 |
| 3 | PYOD LLC its successors and assigns as assignee of | 6,702.61 | 0.00 | 972.98 |
| 4 | Chase Bank USA, N.A. | 12,063.99 | 0.00 | 1,751.27 |
| 5 | American Express Centurion Bank | 3,771.54 | 0.00 | 547.50 |
| 6 | GE Money Bank | 169.95 | 0.00 | 24.67 |
| 7 | FIA Card Services, NA/Bank of America | 14,397.53 | 0.00 | 2,090.02 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 9,712.16 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 10-76278-MB
James G Krug                                                            Chapter 7
Vida K Krug
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett              Page 1 of 2                  Date Rcvd: Jul 20, 2011
                              Form ID: pdf006             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2011.
db/jdb       +James G Krug,    Vida K Krug,    2808 N. Bayview Lane,    McHenry, IL 60051-9618
aty          +Steven J Brody,    Steven J. Brody & Associates, Ltd.,    15 W. Woodstock St,
               Crystal Lake, IL 60014-4209
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
17010355      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17542568      American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK 73124-8840
16602791     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
16602792     +Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
16602793     +Bankfirst,    1509 W 41st St,   Sioux Falls, SD 57105-6370
16602794     +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
16923334      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16602795     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
16602797     +Codilis & Associates, P.C.,    15W030 North Frontage Road,    Ste 100,   Burr Ridge, IL 60527-6921
16602798     +DHL/ASK Payroll,    570 Polaris Parkway,   Dept 110,    Westerville, OH 43082-7902
16602800     +Dr. David Bowers,    PO Box 207,   Fox Lake, IL 60020-0207
16602802     +Harris N A,    Po Box 94034,   Palatine, IL 60094-4034
16602803    ++MEDIACOM COMMUNICATIONS CORPORATION,    ATTN ERIK MIRROW,    100 CRYSTAL RUN ROAD,
               MIDDLETOWN NY 10941-4048
             (address filed with court: Mediacom,    3900 26th Avenue,    Moline, IL 61265)
16602804      MHS Physician Services,    PO Box 5081,   Janesville, WI 53547-5081
16905274     +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16806598      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2011 01:33:21
               American InfoSource LP as agent for,   Citibank (South Dakota) N.A.,     PO Box 248840,
               Oklahoma City, OK 73124-8840
16805579      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 21 2011 01:36:02     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
16602799     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 21 2011 01:36:02     Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
17242091      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 21 2011 01:33:21
               FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK 73124-8809
16602801     +E-mail/Text: swilloughby@firstbt.com Jul 21 2011 00:23:32     First Bank & Trust,    820 Church St,
               Evanston, IL 60201-3764
17224988      E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2011 00:22:57     GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2579
16602796    ##+Citimortgage Inc,    Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                                      TOTALS: 0, * 1, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: vgossett           Page 2 of 2            Date Rcvd: Jul 20, 2011
                              Form ID: pdf006          Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 22, 2011**                                **Signature:**   *Joseph Speetjens*