**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: KRUG, JAMES G       § Case No. 10-76278 | |
| KRUG, VIDA K               § | |
|                            § | |
| Debtor(s)                  § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   JAMES E. STEVENS, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $68,207.01 | Assets Exempt: $48,047.54 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $9,712.34 | Claims Discharged Without Payment: $61,946.95 |
| Total Expenses of Administration: $2,559.53 | |

   3)  Total gross receipts of $    12,271.87    (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $      0.00     (see **Exhibit 2**), yielded net receipts of $12,271.87
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $9,514.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,559.53 | 2,559.53 | 2,559.53 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 67,055.04 | 66,904.25 | 66,904.25 | 9,712.34 |
| **TOTAL DISBURSEMENTS** | $76,569.04 | $69,463.78 | $69,463.78 | $12,271.87 |

4) This case was originally filed under Chapter 7 on December 29, 2010. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/27/2011           By: /s/JAMES E. STEVENS
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 income tax refund | 1224-000 | 12,271.45 |
| Interest Income | 1270-000 | 0.42 |
| **TOTAL GROSS RECEIPTS** | | **$12,271.87** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | First Bank & Trust | 4110-000 | 9,514.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$9,514.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,977.17 | 1,977.17 | 1,977.17 |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA LLP | 3110-000 | N/A | 572.00 | 572.00 | 572.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 10.36 | 10.36 | 10.36 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **2,559.53** | **2,559.53** | **2,559.53** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 10,258.00 | 11,120.64 | 11,120.64 | 1,614.36 |
| 2 | American InfoSource LP as agent for | 7100-000 | 18,482.00 | 18,677.99 | 18,677.99 | 2,711.44 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 6,443.00 | 6,702.61 | 6,702.61 | 973.00 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 10,823.00 | 12,063.99 | 12,063.99 | 1,751.30 |
| 5 | American Express Centurion Bank | 7100-000 | 3,599.00 | 3,771.54 | 3,771.54 | 547.51 |
| 6 | GE Money Bank | 7100-000 | N/A | 169.95 | 169.95 | 24.67 |
| 7 | FIA Card Services, NA/Bank of America | 7100-000 | 12,695.00 | 14,397.53 | 14,397.53 | 2,090.06 |
| NOTFILED | Citimortgage Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DHL/ASK Payroll | 7100-000 | 4,163.24 | N/A | N/A | 0.00 |
| NOTFILED | Harris N A | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MHS Physician Services | 7100-000 | 170.00 | N/A | N/A | 0.00 |
| NOTFILED | Mediacom | 7100-000 | 139.00 | N/A | N/A | 0.00 |
| NOTFILED | Dr. David Bowers | 7100-000 | 282.80 | N/A | N/A | 0.00 |
| NOTFILED | Bankfirst | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 67,055.04 | 66,904.25 | 66,904.25 | 9,712.34 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-76278  
**Case Name:** KRUG, JAMES G  
               KRUG, VIDA K  
**Period Ending:** 10/27/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 12/29/10 (f)  
**§341(a) Meeting Date:** 02/03/11  
**Claims Bar Date:** 05/11/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   Cash<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 2   Checking account Consumers Credit Union<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 288.16 | 0.00 | DA | 0.00 | FA |
| 3   Savings account Consumers Credit Union<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 29.18 | 0.00 | DA | 0.00 | FA |
| 4   Checking account First National Bank of McHenry<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 172.21 | 149.55 | DA | 0.00 | FA |
| 5   Savings account First National Bank of McHenry<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 14.87 | 0.00 | DA | 0.00 | FA |
| 6   Misc household items and furniture<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 7   Clothing<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 8   Wedding bands<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 9   Local 705 Pension<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| 10   CDW Corporation Employee Profit Sharing Plan<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 34,897.54 | 0.00 | DA | 0.00 | FA |
| 11   2007 Toyota Avalon 60,000 miles<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 11,350.00 | 0.00 | DA | 0.00 | FA |
| 12   2001 Toyota Avalon XLS 160,000 miles | 3,000.00 | 600.00 | DA | 0.00 | FA |

Printed: 10/27/2011 03:11 PM    V.12.57

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-76278  
**Case Name:** KRUG, JAMES G  
               KRUG, VIDA K  
**Period Ending:** 10/27/11  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 12/29/10 (f)  
**§341(a) Meeting Date:** 02/03/11  
**Claims Bar Date:** 05/11/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 13 | 1998 Toyota Corrola 180,000 miles Vehicle belong<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 14 | 1995 Wellcraft<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2010 income tax refund  (u) | 12,905.05 | 12,271.45 | DA | 12,271.45 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 0.42 | FA |
| 16 | Assets    Totals (Excluding unknown values) | **$68,207.01** | **$15,521.00** |  | **$12,271.87** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     September 30, 2011     **Current Projected Date Of Final Report (TFR):**     July 14, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-76278
**Case Name:** KRUG, JAMES G
  KRUG, VIDA K
**Taxpayer ID #:** **-***3724
**Period Ending:** 10/27/11

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******44-65 - Money Market Account
**Blanket Bond:** $372,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/11 | {15} | James and Vida Krug | tax refund | 1224-000 | 12,905.05 | | 12,905.05 |
| 04/27/11 | 1001 {15} | James G. and Vida K. Krug | refund to debtors wildcard exemption used on income tax refund | 1224-000 | -633.60 | | 12,271.45 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 12,271.49 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,271.59 |
| 05/31/11 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-76278, Bond #016018067 | 2300-000 | | 10.36 | 12,261.23 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,261.33 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,261.43 |
| 08/25/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.08 | | 12,261.51 |
| 08/25/11 | | To Account #9200******4466 | tranfser to checking to close money market | 9999-000 | | 12,261.51 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 12,271.87 | 12,271.87 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 12,261.51 | |
| | | | **Subtotal** | | 12,271.87 | 10.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,271.87** | **$10.36** | |

{} Asset reference(s)

Printed: 10/27/2011 03:11 PM  V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-76278  
**Case Name:** KRUG, JAMES G  
KRUG, VIDA K  
**Taxpayer ID #:** **-***3724  
**Period Ending:** 10/27/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******44-66 - Checking Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/25/11 | | From Account #9200******4465 | tranfser to checking to close money market | 9999-000 | 12,261.51 | | 12,261.51 |
| 08/31/11 | 101 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA LLP | Dividend paid 100.00% on $572.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 572.00 | 11,689.51 |
| 08/31/11 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,977.17, Trustee Compensation;  Reference: | 2100-000 | | 1,977.17 | 9,712.34 |
| 08/31/11 | 103 | Discover Bank | Dividend paid 14.51% on $11,120.64; Claim# 1; Filed: $11,120.64; Reference: | 7100-000 | | 1,614.36 | 8,097.98 |
| 08/31/11 | 104 | American InfoSource LP as agent for | Dividend paid 14.51% on $18,677.99; Claim# 2; Filed: $18,677.99; Reference: | 7100-000 | | 2,711.44 | 5,386.54 |
| 08/31/11 | 105 | PYOD LLC its successors and assigns as assignee of | Dividend paid 14.51% on $6,702.61; Claim# 3; Filed: $6,702.61; Reference: | 7100-000 | | 973.00 | 4,413.54 |
| 08/31/11 | 106 | Chase Bank USA, N.A. | Dividend paid 14.51% on $12,063.99; Claim# 4; Filed: $12,063.99; Reference: | 7100-000 | | 1,751.30 | 2,662.24 |
| 08/31/11 | 107 | American Express Centurion Bank | Dividend paid 14.51% on $3,771.54; Claim# 5; Filed: $3,771.54; Reference: | 7100-000 | | 547.51 | 2,114.73 |
| 08/31/11 | 108 | GE Money Bank | Dividend paid 14.51% on $169.95; Claim# 6; Filed: $169.95; Reference: | 7100-000 | | 24.67 | 2,090.06 |
| 08/31/11 | 109 | FIA Card Services, NA/Bank of America | Dividend paid 14.51% on $14,397.53; Claim# 7; Filed: $14,397.53; Reference: | 7100-000 | | 2,090.06 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 12,261.51 | 12,261.51 | $0.00 |
| Less: Bank Transfers | 12,261.51 | 0.00 | |
| **Subtotal** | 0.00 | 12,261.51 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$12,261.51** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******44-65 | 12,271.87 | 10.36 | 0.00 |
| Checking # 9200-******44-66 | 0.00 | 12,261.51 | 0.00 |
| | **$12,271.87** | **$12,271.87** | **$0.00** |